AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-129-KS-MTP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SITCOMM ARBITRATION ASSOCIATION c/o Innovated Holdings, Inc., Registered Agent was received by me on *(date)* Sep 11, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ROSE GARCIA , who is designated by law to accept service of process on behalf of *(name of organization)* SITCOMM ARBITRATION ASSOCIATION c/o Innovated Holdings, Inc., Registered Agent on *(date)* Fri, Sep 13 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9/13/19

*Server's signature*

Danielle Broderick

*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437
(601)800-2004

*Server's address*