RECEIVED

FEB 07 2020

United States Court of Appeals
For The Federal Circuit



# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Civil Action/File No. 2:19-cv-129-KS-MTP

| | |
|---|---|
| IMPERIAL INDUSTRIAL SUPPLY COMPANY D/B/A DURAMAX POWER EQUIPMENT and/or D/B/A FACTORY AUTHORIZED OUTLETS, STEVEN L. FELDMAN, ANTHONY BUSTOS, and ROBERT RASKIN, Plaintiffs<br><br>v.<br><br>QUINTINA MARIE THOMAS, SITCOMM ARBITRATION ASSOCIATION, MARK MOFFETT and SANDRA GOULETTE, Defendants | **Notice of Appeal** |

    Notice is hereby given that Quintina Marie Thomas, Alleged Defendant in the above-named case,* hereby appeal to the United States Court of Appeals for the Federal Circuit from an order of a UNITED STATES DISTRICT COURT to Vacate a Final Award entered in this action on the 8th day of January, 2020.

(s) _____

Quintina Marie Thomas, Pro per, Sui Juris,
Signature of appellant, a Natural Woman

Address: [NON-DOMESTIC to corp. U.S.]
c/o Post Office-Box# 893
Honaunau, Hawaii
[zip code exempt]

Email Address: Qmthomas05@yahoo.com

February 2, 2020

---

* See Rule 3(c) for permissible ways of identifying appellants.

# **CERTIFICATE OF SERVICE**

I, Quintina Marie Thomas, hereby certify that I have this day caused to be served a true and correct copy of the above foregoing, NOTICE OF APPEAL, APPEAL and Exhibit(s) by U.S. Mail# 9405503699300246870060, 9405503699300246870077, postage prepaid to the following:

Steven C. Cookston
UPSHAW, WILLIAMS, BIGGERS & BECKHAM, LLP - Greenwood
P.O. Drawer 8230
309 Fulton Street (38930)
Greenwood, MS 38935-8230
662-455-1613

John H. Dollarhide
BUTLER SNOW LLP-Ridgeland
P. O. Box 6010
1020 Highland Colony Pkwy., Ste. 1400 (39157)
Ridgeland, MS 39158-6010
601-948-5711

Harris Frederick Powers, III
UPSHAW, WILLIAMS, BIGGERS & BECKHAM, LLP - Greenwood
P.O. Drawer 8230
309 Fulton Street (38930)
Greenwood, MS 38935-8230
662-455-1613

SO CERTIFIED this the 2nd day of February, 2020

(s) *[signature]*
Quintina Marie Thomas